## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BELTRAN-GASTELUM,<br>  aka "David Beltran Gastelum,"<br>  aka "Nini Beltran,"<br>  aka "Roberto Armenta-Cota,"<br>  aka "Roberto Ruiz-Lopez,"<br><br>    Defendant. | Case No. 2:22-mj-00781-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report** [Proposed] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 14th day of October, 2022.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE